946

No. 656. DUNN ET AL. *v.* NEW YORK. Court of Appeals of New York. Certiorari denied. *Bernard Hershkopf* and *Harry G. Anderson* for petitioners. *Frank S. Hogan* and *Whitman Knapp* for respondent.

No. 544. DE MEERLEER *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied. *David W. Louisell* for petitioner. *Stephen J. Roth,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for respondent.

No. 271, Misc. CIPULLO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Richard W. Galiher* for petitioner. *Solicitor General Perlman, Assistant Attorney General Campbell, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 341, Misc. ATKINS *v.* WARDEN OF PRISON SYSTEM OF TEXAS ET AL. Supreme Court of Texas. Certiorari denied.

No. 419, Misc. GRIFFIN *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 420, Misc. DAVIS *v.* RAGEN, WARDEN. Supreme Court of Illinois. Certiorari denied.

No. 426, Misc. WISEMAN *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 428, Misc. MICHAEL *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.